

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Deandre J. Chandler, Appellant

No. 06-19-00232-CR        v.

The State of Texas, Appellee

Appeal from the 3rd District Court of Anderson County, Texas (Tr. Ct. No. 3CR-17-33201). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the bill of costs. Therefore, we modify the trial court's bill of costs by deleting the language stating "COURT APPOINTED ATTORNEYS FEES MAY BE ADDED AT A LATER DATE" and affirm the trial court's judgment.

We note that the appellant, Deandre J. Chandler, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 9, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk